169 So. 328

**T. M. GEORGE v. STATE.**

6 Div. 995.

Supreme Court of Alabama.

June 30, 1936.

A. A. Carmichael, Atty. Gen., and Silas C. Garrett, III, Asst. Atty. Gen., for the State.

Beddow, Ray & Jones, of Birmingham, for respondent.

BOULDIN, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in T. M. George v. State, 169 So. 325.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.